In the Matter of the Estate of Frank M. Gould, Deceased. Helen D. Gould, Appellant; Paul J. Longua et al., as Executors and Trustees under the Will of Frank M. Gould, Deceased, et al., Respondents.  (Appeals Nos. 1 and 2.)

Argued April 12, 1948; decided May 20, 1948.

*James N. Vaughan* and *Archibald R. Watson* for appellant.

*Daniel E. Woodhull, David H. Taylor* and *Eugene D. Wadsworth* for Paul J. Longua and Bank of New York, executors and trustees, respondents.

*George B. Brooks* for Florence B. Sturgeon, as general guardian of infant respondents.

*Thomas R. Fay* and *David R. Siegel* for Thomas R. Fay, as special guardian for unborn issue and unknown persons, respondents.

In the first and second proceedings (Appeals Nos. 1 and 2): Order affirmed, with costs in one proceeding only to all parties appearing separately and filing briefs, payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In third proceeding (Appeal No. 3): Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.